IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>MICHAEL BAILEY )  | CR. NO.  3:07-CR-32-WKW |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _____ Crime of violence (18 U.S.C. 3156)

    _____ Maximum sentence of life imprisonment or death

    _____ 10 + year drug offense

    _____ Felony, with two prior convictions in the above categories

    _____ Serious risk the defendant will flee

    __X__ Serious risk of obstruction of justice

2. Reason For Detention

    The Court should detain defendant because there are no conditions of release which will reasonably assure:

    _____ Defendant's appearance as required

    __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

_____    Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

_____    Previous conviction for "eligible" offense committed while on pretrial bond

A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4. <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____    At the initial appearance

__X__    After continuance of _3_ days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 2nd day of March, 2007.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Susan R. Redmond
> SUSAN R. REDMOND
> Assistant United States Attorney
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> 334.223.7280
> 334.223.7135   fax
> susan.redmond@usdoj.gov