IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 3:07CR32-WKW |
| MICHAEL BAILEY | ) | |

## ORDER ON MOTION

For good cause,

It is ORDERED that the Government's Motion for Detention Hearing (filed March 2, 2007 Document #5) is hereby GRANTED and a detention hearing is set for **March 6, 2007 at 10:00 a.m**. in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. Pending this hearing, the defendant shall be held in custody of the U. S. Marshal and produced by the U.S. Marshal for the hearing.

DONE, this 5th day of March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE