**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:07-cr-32-WKW** |
| | ) | |
| **MICHAEL BAILEY** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on

behalf of Defendant, Michael Bailey, in the above-styled case.

Dated this 6th day of March 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 6, 2007, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond

Respectfully submitted,


<u>s/Jennifer A. Hart</u>
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189