IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:07-CR-32-WKW |
| | ) | |
| **MICHAEL BAILEY** | ) | |

### NOTICE OF WAIVER OF DETENTION HEARING

**COMES NOW** the Defendant, Michael Bailey, by undersigned counsel, and hereby affirms that, as earlier stated by phone to the parties and Court, Mr. Brown waives his right to a detention hearing on the Indictment filed by the Government on February 22, 2007.

The Defendant has agreed to be detained subject to his own motion to reopen that matter and the Government has agreed not to oppose the reopening of the question of detention, if such a motion is filed in the future.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
Attorney for Michael Bailey
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Jennifer_Hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan Redmond, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

                          **s/Jennifer A. Hart**
                          **JENNIFER A. HART**
                          Attorney for Michael Bailey
                          Federal Defenders
                          Middle District of Alabama
                          201 Monroe Street, Suite 407
                          Montgomery, AL 36104
                          TEL:  (334) 834-2099
                          FAX:  (334) 834-0353
                          E-Mail: Jennifer_Hart@fd.org
                          AL Bar Code: HAR189