IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 3:07-CR-32-WKW |
| | ) | |
| MICHAEL BAILEY | ) | |

### **ORDER**

Pursuant to the Defendant's *Notice of Waiver of Detention Hearing* (Doc. 11, filed March 6, 2007), and for good cause therein, it is

**ORDERED** that the *Motion for Detention Hearing* (Doc. 5, filed March 2, 2007) and the *Amended Motion for Detention Hearing* (Doc. 9, filed March 6, 2007) are **DENIED** as **Moo**t. Accordingly, the detention hearing previously scheduled at 1:30 p.m. on March 6, 2007 is hereby cancelled.

Done this 6th day of March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE