| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 7, 2007 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:25 - 11:31 | |

√ **ARRAIGNMENT**  ❏ **CHANGE OF PLEA**  ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**  ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:07cr32-WKW  **DEFENDANT NAME:** Michael Bailey
**AUSA:** Tommie Hardwick standing in for
Susan Redmond  **DEFENDANT ATTORNEY:** Robin Konrad standing in for Jennifer Hart
**Type counsel** ( )Waived; ( )Retained; ( )CJA; (√)FPD

**PTSO/USPO:**
**Interpreter present?** (√)NO; ( )YES  Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √ **Not Guilty**
   ❏ **Guilty as to:**
      ❏ **Count(s):**
      ❏ **Count(s):**   ❏ dismissed on oral motion of USA
         ❏ to be dismissed at sentencing

❏ Written plea agreement filed  ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ CRIMINAL TERM:  **4/23/07**
   **DISCOVERY DISCLOSURE DATE: 3/7/07**
❏ **ORDER:** Defendant continued under ❏ same bond;  ❏ summons; for:
   ❏ Trial on _____; ❏ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
   ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
   ❏ Defendant requests time to secure new counsel