IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 3:07CR32-WKW |
| | ) | |
| MICHAEL BAILEY | ) | |

O R D E R

A pre-trial hearing is hereby set for Monday, June 18, 2007, at 11:00 a.m., in courtroom 4-A, Frank M. Johnson, Jr. Federal Building and U. S. Courthouse Complex, 1 Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

Done, this the 23rd Day of March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
U. S. MAGISTRATE JUDGE