IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 3:07CR32-WKW |
| MICHAEL BAILEY | ) | |

**ORDER**

A second pretrial conference in this matter will be held on 10/12/2007, at 11:00 a.m. before the undersigned Magistrate Judge in Courtroom 4-A.

Done this 31st day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE