IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:07-cr-32-WKW |
| | ) | |
| MICHAEL BAILEY | ) | |

### DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

**COMES NOW** the Defendant, **MICHAEL BAILEY,** by and through undersigned counsel, Jennifer A. Hart, and hereby moves the Court to substitute Assistant Federal Defender Kevin L. Butler, as counsel of record for the Defendant in this matter in place of undersigned counsel.

As grounds for granting this motion, defendant would show as follows:

Jennifer A. Hart has resigned from the Federal Defender Office effective November 2, 2007.

Dated this 30th day of October, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond

                              Respectfully submitted,

                              s/Jennifer A. Hart
                              **JENNIFER A. HART**
                              FEDERAL DEFENDERS
                              MIDDLE DISTRICT OF ALABAMA
                              201 Monroe Street, Suite 407
                              Montgomery, AL 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              jennifer_hart@fd.org
                              AL Bar Code: HAR189