## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO. 3:07-cr-32-WKW** |
| ) | |
| **MICHAEL BAILEY** ) | |

### ORDER

This case is before the Court on the Defendant's Motion to Substitute Counsel (Doc. # 33), filed on October 30, 2007. For good cause shown, it is hereby ORDERED that the motion is GRANTED.

DONE this 8th day of November, 2007.

                                         /s/  W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE