**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

UNITED STATES OF AMERICA      )
                                    )
           v.                  )       Case No.  3:07-cr-32-WKW
                                    )
MICHAEL BAILEY                )

**O R D E R**

In anticipation of the Judicial Council's approval of the Middle District of Alabama's Amended Plan for the Qualification and Random Selection of Grand and Petit Jurors, it is ORDERED that the trial of this matter is CONTINUED from February 4, 2008, to the criminal term of court beginning on **March 10, 2008, at 10:00 a.m.**, and will be conducted in the United States District Courthouse in Opelika, Alabama.

DONE this 4th day of December, 2007.

                           /s/   W.  Keith Watkins
                           UNITED STATES DISTRICT JUDGE