IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
___EASTERN___ DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CR NO. 3:07CR32-WKW |
| | ) | |
| MICHAEL BAILEY | ) | |

## CONSENT

I, ___Michael Bailey___, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my attorney, hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

DONE, this the __24th__ Day of __January__, 20__08__.

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT