IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-32-WKW |
| | ) | |
| MICHAEL BAILEY | ) | |

<u>MOTION FOR DOWNWARD DEPARTURE</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to the United States Sentencing Commission, Guidelines Manual, Section 5K1.1, and Title 18, United States Code, Section 3553(e), respectfully requests this Honorable Court to downwardly depart two (2) levels, in the sentence that would otherwise be imposed on Defendant Michael Bailey, and as reasons therefore, submits the following:

The United States herein states that the Defendant has provided substantial assistance in investigations of federal narcotics law violations in the Middle District of Alabama.

Wherefore, premises considered, the United States moves this Honorable Court for a downward departure from the calculated guideline range. This motion seeks a departure of two (2) levels.

Respectfully submitted this the 17th day of April, 2008.

                                                          LEURA G. CANARY
                                                          UNITED STATES ATTORNEY

                                                          /s/ Susan R. Redmond
                                                          SUSAN R. REDMOND
                                                          Assistant United States Attorney
                                                          131 Clayton Street
                                                          Montgomery, Alabama 36104
                                                          Telephone: (334) 223-7280
                                                          Fax: (334) 223-7138
                                                          susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-32-WKW |
| | ) | |
| MICHAEL BAILEY | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael Petersen.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7138
susan.redmond@usdoj.gov