IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07cr32-WKW |
| | ) | |
| MICHAEL BAILEY | ) | |

**FINAL ORDER OF FORFEITURE**

This case is presently before the court on the government's Motion for a Final Order of Forfeiture (Doc. # 54). It is ORDERED that the motion is GRANTED.

WHEREAS, on February 14, 2008, this court entered a Preliminary Order of Forfeiture (Doc. # 49), forfeiting the following property to the United States:

> One Iver Johnson .38 caliber revolver, bearing serial number J08867.

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and,

WHEREAS, the court finds that defendant Michael Bailey has an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearm in the commission of the violation of Title 18, United States Code, Section 924(c)(1)(A).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following firearm is hereby forfeited to the United States pursuant to Title

18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

    One Iver Johnson .38 caliber revolver, bearing serial number J08867.

2.    All right, title and interest to the firearm described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3.    The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4.    The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this 24th day of April, 2008.

        /s/ W. Keith Watkins
        UNITED STATES DISTRICT JUDGE